UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MOHAMMED BOUZIANE, | ) | Case No. 06cv2634 BTM (RBB) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING JOINT MOTION TO DISMISS |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; et al., | ) | (Docket No. 10) |
| Defendants. | ) | |

Having considered the parties' Joint Motion to Dismiss (Docket No. 10) and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS that Plaintiff's Complaint is hereby DISMISSED. All pending motions are denied as moot.

**IT IS SO ORDERED.**

DATED: April 12, 2007

*/s/ Barry Ted Moskowitz*

Hon. Barry Ted Moskowitz
United States District Judge

06cv2634